United States District Court
Southern District of Texas
**ENTERED**
July 13, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| VS. | § § | CIVIL ACTION NO. 1:20-CV-100 |
| 9.980 ACRES OF LAND, MORE OR LESS, *et al*, | § § § § | |
| Defendants. | § | |

## **ORDER**

The Court **ORDERS** that the United States file a status update every 90 days from the date of this Order, informing the Court as to the status of service on the named Defendants. The Court shall schedule an Initial Pretrial Conference (1) once the United States has served all Defendants or exhausted its efforts to identify and serve the Defendants, (2) at the request of any party, or (3) *sua sponte*. This Order does not limit any party's ability to file any motion related to this matter.

SIGNED this 13th day of July, 2020.

_____
Fernando Rodriguez, Jr.
United States District Judge